IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA JANE HAGER**                                                                                           **PLAINTIFF**

v.                                            **Case No. 4:24-cv-00847-LPR**

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**                                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 13). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner.

DATED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] One quibble. The RD states that "Ms. Hager's past job description is consistent with the definition of a check cashier." RD (Doc. 13) at 6. The Court probably would have said that Ms. Hager's past job description is not obviously inconsistent with the definition of a check cashier. But the substantive delta between these two ways of phrasing a similar point is exceedingly small. And in the context of this case, it makes no difference to the outcome.