IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAMELA JANE HAGER**                                                              **PLAINTIFF**

v.                            Case No. 4:24-cv-00847-LPR

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED.  Judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 3rd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE